IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

JEFFREY LINGELBACH, individually and on
behalf of all others similarly situated,

       Plaintiff,

                                        Case No. 4:26-cv-00538-BSM

vs.

HANK'S FURNITURE, INC.,

       Defendant.

---

## **MOTION FOR *PRO HAC VICE* ADMISSION OF MARIYA WEEKES**

Plaintiff Jeffrey Lingelbach, through counsel and pursuant to Local Rule 83.5, respectfully requests that Mariya Weekes be granted admission *pro hac vice* to appear as counsel, along with undersigned counsel, for Plaintiff in the above-styled matter.

1.      Ms. Weekes avers that she is eligible and qualified to be admitted to practice before this Court *pro hac vice*. Ms. Weekes is a Senior Partner at the law firm of MILBERG, PLLC, with its office at 333 SE 2nd Avenue, Suite 2000, Miami, Florida 33131; telephone (786) 206-9057; email: mweekes@milberg.com. Ms. Weekes resides and regularly practices law in the State of Florida. She was admitted to the Florida Bar in 2008, and she remains in good standing.

2.      Ms. Weekes further avers that she was admitted to practice in the following jurisdictions:

| Court: | Date of Admission: | Bar No. |
|---|---|---|
| State Bar of Florida | 9/23/2008 | 56299 |
| U.S. District Court for the Middle District of Florida | 10/5/2023 | |
| U.S. District Court for the Northern District of Florida | 10/6/2023 | |
| U.S. District Court for the Southern District of Florida | 4/24/2009 | |
| U.S. District Court for the District of Maryland | 2/13/2026 | 32052 |
| U.S. District Court for the Eastern District of Michigan | 11/20/2024 | |

3.      Ms. Weekes understands that by appearing in this case, she is subject to the rules of this Court, just as if she were a member of the bar of this district. Pursuant to LR 83.5, Ms. Weekes further confers disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of, or in preparation for, proceedings in this case.

4.      Ms. Weekes has never been suspended from the practice of law nor been disciplined by any state or local committee of agency.

5.      Josh Sanford, an attorney at the law firm of Sanford Law Firm, PLLC, located at 10800 Financial Centre Parkway, Suite 510, Little Rock, Arkansas 72211, telephone (501) 221-0088, email: josh@sanfordlawfirm.com, designates himself as local counsel for purposes of this Motion and has already made an appearance in this case.

WHEREFORE, Plaintiff respectfully requests that the application for admission *pro hac vice* of Mariya Weekes be granted and that Ms. Weekes be allowed to represent Plaintiff in the above-captioned matter.

Respectfully submitted,

**Jeffrey Lingelbach, individually and on behalf of all others similarly situated, Plaintiff**

*/s/ Josh Sanford*
Josh Sanford
Ark. Bar No. 2001037
**SANFORD LAW FIRM, PLLC**
10800 Financial Centre Parkway, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
josh@sanfordlawfirm.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 28, 2026 the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

*/s/ Josh Sanford*
Josh Sanford