AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
Eastern District of Arkansas

| | |
|---|---|
| JEFFREY LINGELBACH | ) |
| *Plaintiff* | ) |
| v. | ) |
| HANK'S FURNITURE, INC. | ) |
| *Defendant* | ) |

Case No.    4:26-cv-00538-BSM

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Jeffrey Lingelbach                                                                                .

Date:    05/29/2026

/s/ Mariya Weekes (pro hac vice)
*Attorney's signature*

Mariya Weekes
*Printed name and bar number*

MILBERG, PLLC
333 SE 2nd Avenue, Suite 2000
Miami, FL, 33131

*Address*

mweekes@milberg.com
*E-mail address*

(786) 206-9057
*Telephone number*

*FAX number*