IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

JEFFREY LINGELBACH, individually and
on behalf of all others similarly situated,

     Plaintiff,

vs.

HANK'S FURNITURE, INC.,

     Defendant.

Case No. 4:26-cv-00538-BSM

## **MOTION FOR PRO HAC VICE ADMISSION OF JEFF OSTROW**

Plaintiff Jeffrey Lingelbach, through counsel and pursuant to Local Rule 83.5, respectfully requests that Jeff Ostrow be granted admission pro hac vice to appear as counsel, along with undersigned counsel, for Plaintiff in the above-styled matter.

1.     Mr. Ostrow avers that he is eligible and qualified to be admitted to practice before this Court pro hac vice. Mr. Ostrow is the Managing Partner at the law firm of KOPELOWITZ OSTROW P.A., with its office at One West Law Olas Blvd., Suite 500, Fort Lauderdale, Florida 33301; telephone (954) 332-4200; email: ostrow@kolawyers.com. Mr. Ostrow resides and regularly practices law in the State of Florida. He was admitted to the Florida Bar in 1997 and the District of Columbia Bar in 2022, and he remains in good standing.

2.     Mr. Ostrow further avers that he was admitted to practice in the following jurisdictions:

| Court: | Date of Admission: | Bar No. |
|---|---|---|
| State of Florida | 10/6/1997 | 121452 |
| U.S. District Ct, Southern District of Florida | 10/17/1998 | |
| U.S. Court of Appeals for the Eleventh Circuit | 11/27/2000 | |

| | | |
|---|---|---|
| U.S. District Ct, Middle District of Florida | 12/17/2003 | |
| U.S. District Ct, Northern District of Florida | 5/18/2010 | |
| U.S. District Ct, Western District of Wisconsin | 7/1/2010 | |
| U.S. District Ct, Eastern District of Michigan | 1/6/2012 | |
| U.S. District Ct, Northern District of Illinois | 2/22/2012 | |
| U.S. District Ct, Western District of Tennessee | 10/18/2013 | |
| U.S. Supreme Court | 10/6/2014 | |
| U.S. Court of Appeals for the Ninth Circuit | 10/12/2018 | |
| U.S. District Ct, Northern District of New York | 8/16/2019 | |
| District of Columbia | 10/12/2022 | 90003998 |
| U.S. District Ct, District of Colorado | 2/27/2023 | |
| U.S. District Ct, Southern District of Indiana | 6/19/2023 | |
| U.S. District Ct, Eastern District of Texas | 3/19/2024 | |
| U.S. District Ct, District of Nebraska | 6/20/2024 | |
| U.S. District Ct, Western District of Michigan | 7/1/2025 | |
| U.S. District Ct, District of Maryland | 9/26/2025 | |
| U.S. District Ct, Eastern District of Wisconsin | 10/15/2025 | |

3.    Mr. Ostrow understands that by appearing in this case, he is subject to the rules of this Court, just as if he were a member of the bar of this district. Pursuant to LR 83.5, Mr. Ostrow further confers disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of, or in preparation for, proceedings in this case.

4.    Mr. Ostrow has never been suspended from the practice of law nor been disciplined by any state or local committee of agency.

5.      Josh Sanford, an attorney at the law firm of Sanford Law Firm, PLLC, located at 10800 Financial Centre Parkway, Suite 510, Little Rock, Arkansas 72211, telephone (501) 221-0088, email: josh@sanfordlawfirm.com, designates himself as local counsel for purposes of this Motion and has already made an appearance in this case.

WHEREFORE, Plaintiff respectfully requests that the application for admission *pro hac vice* of Jeff Ostrow be granted and that Mr. Ostrow be allowed to represent Plaintiff in the above-captioned matter.

Respectfully submitted,

**Jeffrey Lingelbach, individually and on behalf of all others similarly situated, Plaintiff**

*/s/ Josh Sanford*
Josh Sanford
Ark. Bar No. 2001037
**SANFORD LAW FIRM, PLLC**
10800 Financial Centre Parkway, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
josh@sanfordlawfirm.com

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 1, 2026 the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

*/s/ Josh Sanford*
Josh Sanford

3