## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**JEFFERY LINGELBACH**                                                **PLAINTIFF**

**v.**                          **CASE NO. 4:26-CV-00538-BSM**

**HANK'S FURNITURE INC.**                                             **DEFENDANT**

### ORDER

For judicial economy, the clerk is directed to reassign this case to the docket of the

honorable Lee P. Rudofsky because it is related to 4:26-CV-00534-LPR.

IT IS SO ORDERED this 8th day of June, 2026.


_____
UNITED STATES DISTRICT JUDGE