**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**

|  |  |
|---|---|
| JEFFREY LINGELBACH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HANK'S FURNITURE, INC.,<br><br>Defendant. | Case No. 4:26-cv-00538-BSM |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Jeffrey Lingelbach, pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), hereby voluntarily dismiss this action against Defendant Hank's Furniture, Inc. Each party shall bear its own costs.

Dated:  July 27, 2026

Respectfully submitted,

*/s/ Mariya Weekes*
Mariya Weekes (Pro Hac Vice)
**MILBERG, PLLC**
333 SE 2nd Avenue, Suite 2000
Miami, Florida 33131
Telephone: (786) 206-9047
mweekes@milberg.com

John Sanford (Arkansas Bar No. 2001037)
**SANFORD LAW FIRM, PLLC**
10800 Financial Centre Parkway, Suite 510
Little Road, Arkansas 72211
Telephone: (501) 221-0088
josh@sanfordlawfirm.com

Jeff Ostrow (Pro Hac Vice)
**KOPELOWITZ OSTROW, P.A.**
One W Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
Telephone: (954) 323-4200
ostrow@kolawyers.com

*Attorneys for Plaintiff and the Proposed Class*

1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 27, 2026 the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

/s/ Mariya Weekes
Mariya Weekes

2